UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61155-RAR

**BONNIE DAVIS**,

 Plaintiff,

v.

**UNITED STATES OF AMERICA**, *et al.*,

 Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 37] ("Report"), entered on February 23, 2022. The Report recommends that the Court deny Inductoweld Tube Corp.'s Motion to Dismiss [ECF No. 16] ("Motion to Dismiss") and Inductoweld Tube Corp.'s Motion for Sanctions Against Plaintiff and Ron S. Vinograd, Esq. Under Fed. R. Civ. P. 11 [ECF No. 17] ("Motion for Sanctions"). Report at 1. Defendant Inductoweld Tube Corp. filed objections to the Report on March 9, 2021 [ECF No. 38] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Jared M. Strauss's legal and factual findings.

Having carefully reviewed the Motion to Dismiss [ECF No. 16], Plaintiff's Response to the Motion to Dismiss [ECF No. 19], Defendant's Reply to the Motion to Dismiss [ECF No. 21], the Motion for Sanctions [ECF No. 17], Plaintiff's Response to the Motion for Sanctions [ECF No. 20], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 37] is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss [ECF No. 16] is **DENIED.**

3. Defendant's Motion for Sanctions [ECF No. 17] is **DENIED.**

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 11th day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**